## George S. Steere v. H. Alexander Stewart.

1. HARMLESS ERROR—*Exclusion of Evidence.*—Where there is no prejudice resulting from the exclusion of evidence, the verdict must be sustained.

**Assumpsit,** for physician's services. Trial in the Superior Court of Cook County; the Hon. JONAS HUTCHINSON, Judge, presiding. Verdict and judgment for plaintiff; appeal by defendant. Heard in this court at the October term, 1898. Affirmed. Opinion filed April 17, 1899.

**Statement of the Case.**—This was an action in assumpsit by appellee, who is a physician, to recover for professional services rendered at the request of appellant and upon his promise to pay therefor. There was a conflict in the evidence as to the value of the services rendered by appellee. The trial below resulted in verdict and judgment for appellee in the amount of $89.

H. W. WAKELEE, attorney for appellant.

SUMNER C. PALMER, attorney for appellee.

MR. JUSTICE SEARS delivered the opinion of the court.

Appellant complains of rulings of the court below in admission and exclusion of evidence, and in refusing certain instructions tendered by appellant. It is also complained that the verdict is excessive in amount.

The evidence as to the usual and customary fees of physicians for like services was sufficient. The evidence first presented in this behalf was in response to questions as to "reasonable" or "fair" charges. But appellee in his later testimony stated that "the usual charge in cases of this kind for a visit is $5" and "I am giving $100 as an average charge for a surgeon."

It is objected that answers were excluded to questions put to Dr. Ridlon as to the probable effect upon the patient, of such treatment as was followed by appellee. But there

was no prejudice resulting from such exclusion, for afterward Dr. Ridlon was permitted to testify, "the treatment described by Dr. Stewart would have no effect upon the real cause of the difficulty."

Without going into needless discussion of the instructions, it is sufficient to say that we find no error in the rulings of the court in that behalf.

The evidence was conflicting as to the value of the services rendered by appellee.

We can not say that the verdict is not sustained by the evidence.

Judgment affirmed.